**Jerome Kent FAVELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 97677.**

Missouri Court of Appeals,
Eastern District,
Division Four.

May 29, 2012.

Rehearing Denied July 3, 2012.

Jerome Kent Favell Jefferson City, MO, appellant, pro se.

Robert J. Bartholomew, Jr., Assistant Attorney General, Jefferson City, MO, for respondent.

KURT S. ODENWALD, C.J.,
KATHIANNE KNAUP CRANE, J., and
PATRICIA L. COHEN, J.

**ORDER**

PER CURIAM.

Jerome Favell (Movant), acting *pro se*, claims the Circuit Court of Marion County erred in denying his motion requesting reduction of sentence.

We have reviewed the briefs of the parties and the record on appeal and find the motion court's decision was not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).